395 A.2d 979

Commonwealth ex rel. Showers, Appellant, v. Downing.

Argued September 12, 1978.  Benjamin Pomerantz, for appellant; Lydia Hernandez-Velez, for appellee.

Before PRICE, HESTER and HOFFMAN, JJ.

Order affirmed.